IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHELDON NAGELBERG,<br>as father and best friend of BRETT N.,<br>a minor,<br>      Plaintiffs,<br><br>v.<br><br>COMMUNITY UNIT SCHOOL DISTRICT<br>No. 303, and<br>BOARD OF EDUCATION OF DISTRICT 303,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. FILED: MAY 28, 2008<br>08CV3092    TC<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE MASON |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Mr. Sheldon Nagelberg
        116 North Seventh Avenue
        St. Charles, Illinois 60174

Please take notice that on the 28th day of May, 2008, I caused the Defendants' Notice of Removal, a copy of which is enclosed and hereby served upon you, to be filed with the Clerk of Court for the United States District Court, Northern District of Illinois, Eastern Division.

                                                        By:  /s/ Michelle A. Todd
                                                                   One of the Attorneys for Defendants

Bennett Rodick
Michelle A. Todd
Hodges, Loizzi, Eisenhammer, Rodick & Kohn
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)
brodick@hlerk.com
mtodd@hlerk.com

154950_1.DOC