

*MHW*

**FILED**

JUN 2 2008
6-2-2008
Judge Robert W. Gettleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
NORETHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELDON NAGELBERG, as father and best friend of BRETT, N., a minor,<br>　　　　Plaintiffs,<br><br>v.<br><br>COMMUNITY UNIT SCHOOL DISTRICT No. 303, and<br>BOARD OF EDUCATION OF DISTRICT 303,<br>　　　　Defendants. | )<br>)<br>)  No. 08 CV 3092<br>)<br>)  JUDGE GETTLEMAN<br>)  MAGISTRATE JUDGE<br>)  MASON<br>)<br>)<br>)<br>) |

## PLAINTIFFS' OBJECTION AND MOTION TO DISMISS REMOVAL ACTION

Plaintiffs, SHELDON NAGELBERG, as father and best friend of BRETT N., a minor, objects to, and moves, pursuant to Rule 12, Federal Rules Of Civil Procedure, to dismiss the Defendants' Notice of Removal, for the following reasons:

1. Plaintiffs' civil action filed on May 5, 2008 in Illinois circuit court sought declaratory judgment, the Illinois common law writ of certiorari, and administrative review pursuant to the Illinois Administrative Review Act. All claims rested upon the U.S. Constitution, the Illinois Constitution and Illinois law.

2. On Friday, May 23, 2008 this undersigned plaintiff received a telephonic voice mail message from one of defendants' counsel stating in pertinent part that defendants were planning to seek removal of the civil action to federal court. After receiving this message, this undersigned plaintiff telephoned defendants' law office and left a voice mail message requesting that defendants not file a removal action because plaintiffs would be filing in state court early the following week a motion to amend the civil action by withdrawing and deleting all federal constitutional claims.

1



3. On May 27, 2008 this undersigned plaintiff filed in the civil action a <u>Motion For Leave To File First Amended Complaint For Declaratory Judgment And Other Relief.</u> ("Motion To Amend")(Copy attached). This relief sought to amend the original action by withdrawing and deleting all federal constitutional claims. The motion is set to be heard on June 9, 2008.

4. On May 27, 2008 this undersigned plaintiff faxed and mailed to defendants' counsel a copy of the Motion To Amend.

5. On May 28, 2008 the defendants file in the District Court their removal action. This undersigned plaintiff received defendants removal action in the U.S. Mail on May 30, 2008.

Respectfully submitted,

*[signature]*

SHELDON NAGELBERG
Attorney and One of the Plaintiffs.

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

SHELDON NAGELBERG, as father and best friend of )
BRETT, N., a minor, )
   Plaintiffs, ) No. 08 MRK 334
)
v. )
)
COMMUNITY UNIT SCHOOL DISTRICT No. 303, )
and )
BOARD OF EDUCATION OF DISTRICT 303, )
   Defendants. )

**MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF**

SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor,

plaintiffs seek leave to file, pursuant to 735 ILCS 5/2-616 their first amended complaint,

as follows:

1.  Plaintiffs seek to amend their original complaint for declaratory

judgment and other relief by withdrawing and deleting any and all claims that the conduct

of the defendants violated any rights protected by the United States Constitution..

               Respectfully submitted,

               SHELDON NAGELBERG
               Attorney and One of the Plaintiffs.

Sheldon Nagelberg
Illinois ARDC No. 2012146
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

1

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS

SHELDON NAGELBERG, as father and best friend of )
BRETT, N., a minor, )
        Plaintiffs, ) No. 08 MRK 334
)
v. )
)
COMMUNITY UNIT SCHOOL DISTRICT No. 303, )
and )
BOARD OF EDUCATION OF DISTRICT 303, )
        Defendants. )

### NOTICE OF MOTION

To:  Bennett Rodick, Esq.
      Hodges, Loizzi, Eisenhammer, Rodick, & Kohn
      3030 Salt Creek Lane
      Suite 202
      Arlington Heights, IL. 60005

Please take note that on JUNE 9, 2008, at 9:30 A.M. I shall appear before the Hon. Michael Colwell in Room 110, Kane County Courthouse, 100 S. 3rd Street, Geneva, Illinois, and seek the relief contained in the attached:
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND OTHER RELIEF.**

                      SHELDON NAGELBERG
                      Attorney and One of the Plaintiffs.

Certificate of Mailing
I, Sheldon Nagelberg, an attorney, certify that on May 27, 2008 I mailed via U.S. Postal Service, postage prepaid, to Bennett Rodick, Esq., a copy of this Notice of Motion and attached pleading.

                      Sheldon Nagelberg

Sheldon Nagelberg
Illinois ARDC No. 2012146
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

1