**FILED**

JUN 2 2008

6-2-2008

Judge Robert W. Gettleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
NORETHERN DISTRICT OF ILLINOIS

SHELDON NAGELBERG, as father and best friend of )
BRETT, N., a minor, )
        Plaintiffs, ) No. 08 CV 3092
)
v. ) JUDGE GETTLEMAN
) MAGISTRATE JUDGE
COMMUNITY UNIT SCHOOL DISTRICT No. 303, ) MASON
and )
BOARD OF EDUCATION OF DISTRICT 303, )
        Defendants. )

## NOTICE OF MOTION

To:   Bennett Rodick, Esq.
       Hodges, Loizzi, Eisenhammer, Rodick, & Kohn
       3030 Salt Creek Lane
       Suite 202
       Arlington Heights, IL. 60005

Please take note that on ___JUNE 11___, 2008, at __9:15__ A.M. I shall appear before the Hon. Robert Gettleman in Room 1703, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, seek the relief contained in the attached:
**PLAINTIFF'S OBJECTION AND MOTION TO DISMISS REMOVAL ACTION.**

                      SHELDON NAGELBERG
                      Attorney and One of the Plaintiffs.

### Certificate of Mailing

   I, Sheldon Nagelberg, an attorney, certify that on June 2, 2008 I mailed via U.S. Postal Service, postage prepaid, to Bennett Rodick, Esq. a copy of this Notice of Motion and attached pleading.

                      Sheldon Nagelberg

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

1