*MHW*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

SHELDON NAGELBERG, AS FATHER AND
   BEST FRIEND OF BRETT N, A MINOR. PLTFS.          08 CV 3092
                    VS.
COMMUNITY UNIT SCHOOL DISTRICT NO. 303,          JUDGE GETTLEMAN
BOARD OF EDUCATION DISTRICT NO. 303, DEFS.       MAG. JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHELDON NAGELBERG AND BRETT N, A MINOR

**FILED**

| | |
|---|---|
| NAME (Type or print) SHELDON NAGELBERG | JUN 0 2 2008  **NF** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | 6-2-2008  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT |
| FIRM   SAME | |
| STREET ADDRESS   116 N. 7th AVE | |
| CITY/STATE/ZIP   ST. CHARLES, IL. 60174 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  2012146 | TELEPHONE NUMBER  312-305-5278 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐