IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELDON NAGELBERG,  )<br>as father and best friend of BRETT N.,  )<br>a minor,  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>COMMUNITY UNIT SCHOOL DISTRICT  )<br>No. 303, and  )<br>BOARD OF EDUCATION OF DISTRICT 303,  )<br>      Defendants.  )  | No.   08 CV 3092<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION
### AND MOTION TO DISMISS REMOVAL ACTION

The Defendants, Community Unit School District No. 303 and the Board of Education of Community Unit School District No. 303, Kane County, Illinois, by and through their attorneys, Bennett Rodick and Michelle A. Todd, state the following in support of their Response to Plaintiffs' Objection and Motion to Dismiss Removal Action:

Plaintiffs' Objection and Motion to Dismiss Removal Action is improper. *See* 28 U.S.C. §1446. On May 28, 2008, Defendants properly removed this action to federal court, by filing a notice of removal in both the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois and the Northern District of Illinois. Plaintiffs' Complaint for Declaratory Judgment alleges, in pertinent part, that the Defendants violated Brett N.'s "due process and equal protection rights pursuant to the United States Constitution" by refusing to expunge disciplinary records documenting Brett N.'s suspension for fighting, because Defendants' decision to suspend Brett N. "was arbitrary,

capricious, and unreasonable and that the Defendants' policy regarding fighting is unlawful and void." *See* Plaintiffs' Complaint for Declaratory Judgment and Other Relief, ¶21. Plaintiffs' Complaint involves a federal question, and pursuant to 28 U.S.C. §1441(a), Defendants retain the discretion to remove such an action to federal court.

In their Objection and Motion to Dismiss, Plaintiffs do not object to the Defendants' removal on the basis of any defect in removal procedure. 28 U.S.C. §1447(c). Instead, Plaintiffs assert that they *planned* on amending their Complaint at some future date so as to "withdraw and delete all federal constitutional claims". *See* Plaintiffs' Objection and Motion to Dismiss Removal Action, ¶2. However, Plaintiffs' motion for leave to file an amended complaint filed in state court on May 27, 2008 is immaterial; this motion does not stay the jurisdiction of the federal court once the action is properly removed.[1] Pursuant to 28 U.S.C. §1446(d), upon receipt of Defendants' notice of removal, the state court in which the Complaint was filed shall proceed no further. As such, this action was properly removed to federal court, and the state court will not proceed unless the case is remanded.

Unless the Plaintiffs successfully amend their Complaint in federal court to remove all federal causes of action, the Defendants' removal was and is proper and, as such, the only complaint before this Court specifically raises a variety of federal constitutional claims.

WHEREFORE, Defendants pray that this Court will deny Plaintiffs' Objection and Motion to Dismiss Removal Action and grant such other and further relief as the Court deems proper and just.

---

1 Although the validity of the parties' communications referenced in Plaintiffs' Objection is moot in light of Defendants' removal, Defendants' counsel never received a voice message from Plaintiffs' counsel regarding Defendants' removal notice and counsel's intention to file a motion to amend their Complaint in state court.

Respectfully submitted,

COMMUNITY UNIT SCHOOL DISTRICT NO. 303 AND
BOARD OF EDUCATION
COMMUNITY UNIT SCHOOL DISTRICT NO. 303


By:   /s/ Michelle A. Todd
    One of the Attorneys for Defendants


Bennett Rodick
Michelle A. Todd
Hodges, Loizzi, Eisenhammer, Rodick & Kohn
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)
brodick@hlerk.com
mtodd@hlerk.com

**CERTIFICATE OF SERVICE**

      I, Michelle A. Todd, an attorney, hereby certify that a true and correct copy of the foregoing Response to Plaintiffs' Objection and Motion to Dismiss Removal Action was mailed this 6th day of June, 2008, by first class mail, postage prepaid, deposited at 3030 Salt Creek Lane, Arlington Heights, Illinois, at or about the hour of 5:00 p.m., addressed as follows:

Mr. Sheldon Nagelberg
116 North Seventh Avenue
St. Charles, Illinois 60174

                                       /s/    Michelle A. Todd
                                               Michelle A. Todd

Bennett Rodick
Michelle A. Todd
Hodges, Loizzi, Eisenhammer, Rodick & Kohn
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)
brodick@hlerk.com
mtodd@hlerk.com

155581_1.DOC

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELDON NAGELBERG,<br>as father and best friend of BRETT N.,<br>a minor,<br>       Plaintiffs,<br><br>v.<br><br>COMMUNITY UNIT SCHOOL DISTRICT<br>No. 303, and<br>BOARD OF EDUCATION OF DISTRICT 303,<br>       Defendants. | No.    08 CV 3092<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |

## NOTICE OF FILING

To:    Mr. Sheldon Nagelberg
         116 North Seventh Avenue
         St. Charles, Illinois  60174

      Please take notice that on the 6th day of June, 2008, I caused the Defendants' Response to Plaintiffs' Objection and Motion to Dismiss Removal, a copy of which is enclosed and hereby served upon you, to be filed with the Clerk of Court for the United States District Court, Northern District of Illinois, Eastern Division.

                                                        By: /s/ Michelle A. Todd
                                                            One of the Attorneys for Defendants

Bennett Rodick
Michelle A. Todd
Hodges, Loizzi, Eisenhammer, Rodick & Kohn
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)
brodick@hlerk.com
mtodd@hlerk.com

# CERTIFICATE OF SERVICE

      I, Michelle A. Todd, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Filing was mailed this 6th day of June, 2008, by first class mail, postage prepaid, deposited at 3030 Salt Creek Lane, Arlington Heights, Illinois, at or about the hour of 5:00 p.m., addressed as follows:

Mr. Sheldon Nagelberg  
116 North Seventh Avenue  
St. Charles, Illinois 60174

                                    /s/ Michelle A. Todd  
                                          Michelle A. Todd

Bennett Rodick  
Michelle A. Todd  
Hodges, Loizzi, Eisenhammer, Rodick & Kohn  
3030 Salt Creek Lane, Suite 202  
Arlington Heights, IL 60005  
(847) 670-9000  
(847) 670-7334 (Facsimile)  
brodick@hlerk.com  
mtodd@hlerk.com  
155608_1.DOC