**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sheldon B. Nagelberg, et al.

                                              Plaintiff,

v.                                                             Case No.: 1:08−cv−03092
                                                                Honorable Robert W. Gettleman

Community School District No. 303, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion to dismiss [7] removal action is withdrawn. Motion hearing held on 6/11/2008 regarding motion to dismiss[7]. A stipulation is made on the record to preserve audio tapes, minutes etc. Joint status report is due by 7/24/2008. Status hearing set for 7/31/2008 at 09:00 AM.) Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.