IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor,<br><br>      Plaintiff<br>v.<br><br>COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303,<br>      Defendants. | Case No.: 08-cv-03092<br><br>The Honorable Robert W. Gettleman |

## DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES

NOW COME defendants, Community Unit School District No. 303 and Board of Education of District 303, and move that this Honorable Court grant attorneys, Clifford Kosoff, Jane May, and Joshua Abern leave to file their additional appearances on behalf of the defendants. In support of this motion, defendants state as follows:

  1.  Plaintiff filed the above-referenced matter in state court alleging violations of his son's constitutional rights to due process and equal protection. The matter also asserts state law claims for administrative review and certiorari. The matter was removed to this court on May 28, 2008.

  2.  Defendants ask that this court grant attorneys, Clifford Kosoff, Jane May and Joshua Abern leave to enter their additional appearances on behalf of the defendants.

WHEREFORE, defendants, Community Unit School District No. 303 and Board of Education of District 303, move that this Honorable Court grant Clifford Kosoff, Jane May and Joshua Abern leave to enter their additional appearances on behalf of the defendants.

|  |  |
|---|---|
|  | Community School District No. 303 and Board of Education of District 303 |
|  |  |
| By: | s/Jane M. May |
|  | Jane M. May, #6207760 |
|  | O'Halloran Kosoff Geitner & Cook, LLC. |
|  | 650 Dundee Road, Suite 475 |
|  | Northbrook, IL 60062 |
|  | Telephone: (847) 291-0200 |
|  | Facsimile: (847) 291-9230 |
|  | E-mail: jmay@okgc.com |

Clifford G. Kosoff
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC.
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, | ) ) ) | |
| Plaintiff | ) | Case No.: 08-cv-03092 |
| v. | ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed Defendants' Motion For Leave To File Additional Appearances with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg
sbnagelberglaw@comcast.net

Michelle A. Todd
mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

                          Community School District No. 303 and Board of Education of District 303

                          By:    s/Jane M. May
                                    Jane M. May, #6207760
                                    O'Halloran Kosoff Geitner & Cook, LLC.
                                    650 Dundee Road, Suite 475
                                    Northbrook, IL 60062
                                    Telephone: (847) 291-0200
                                    Facsimile: (847) 291-9230
                                    E-mail: jmay@okgc.com