## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) Plaintiff ) v. ) ) COMMUNITY SCHOOL DISTRICT NO. ) 303 and BOARD OF EDUCATION OF ) DISTRICT 303, ) ) Defendants. ) | Case No.: 08-cv-03092 The Honorable Robert W. Gettleman |

## NOTICE OF MOTION

To:  Sheldon B. Nagelberg           Bennet Rodick
     Law Offices of Sheldon B. Nagelberg   Michelle A. Todd
     116 N. 7th Avenue               Hodges Loizzi Eisenhammer Rodick, et. al.
     St. Charles, IL 60174           3030 Salt Creek Lane, Suite 202
                                     Arlington Heights, IL 60005

YOU ARE HEREBY NOTIFIED that on the **9th day of July, 2008, at 9:15 a.m.,** we shall appear before the Honorable Judge Robert W. Gettleman in courtroom 1703 usually occupied by him at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present the Defendants' Motion For Leave To File Additional Appearances at which time and place you may appear if you wish to do so.

                              Community School District No. 303 and Board of
                              Education of District 303

                              By:   s/Jane M. May
                                    Jane M. May, #6207760
                                    O'Halloran Kosoff Geitner & Cook, LLC.
                                    650 Dundee Road, Suite 475
                                    Northbrook, IL 60062
                                    Telephone: (847) 291-0200
                                    Facsimile: (847) 291-9230
                                    E-mail: jmay@okgc.com

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) | |
| Plaintiff ) | Case No.: 08-cv-03092 |
| v. ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg
sbnagelberglaw@comcast.net

Michelle A. Todd
mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

                                          Community School District No. 303 and Board of Education of District 303

                                          By:    s/Jane M. May
                                                       Jane M. May,  #6207760
                                                       O'Halloran Kosoff Geitner & Cook, LLC.
                                                        650 Dundee Road, Suite 475
                                                       Northbrook, IL 60062
                                                       Telephone:  (847) 291-0200
                                                       Facsimile:   (847) 291-9230
                                                       E-mail:  jmay@okgc.com