# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3092 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Sheldon Nagelberg    vs    District 303 | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [12] for leave to file additional appearances of Clifford Kosoff, Jane May, and Joshua Abern as additional counsel is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|