IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case   08-CV-03092

SHELDON B. NAGELBERG, as father and best friend
of BRETT N., a minor,

v.

COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD
OF EDUCATION OF DISTRICT 303

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303**

| | |
|---|---|
| SIGNATURE<br>s/Jane M. May | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207760 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) | |
| Plaintiff ) | Case No.: 08-cv-03092 |
| v. ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, ) ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg
sbnagelberglaw@comcast.net

Michelle A. Todd
mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

    Community School District No. 303 and Board of Education of District 303

    By:    s/Jane M. May
            Jane M. May, #6207760
            O'Halloran Kosoff Geitner & Cook, LLC.
            650 Dundee Road, Suite 475
            Northbrook, IL 60062
            Telephone: (847) 291-0200
            Facsimile: (847) 291-9230
            E-mail: jmay@okgc.com