FILED

JUL 2 4 2008

Judge Robert W. Gettleman
United States District Court

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRETT, N., a minor, ) | |
| by Sheldon Nagelberg, his father and next best friend ) | |
| Plaintiff, ) | No. 08 CV 3092 |
| ) | |
| v. ) | JUDGE GETTLEMAN |
| ) | MAGISTRATE JUDGE |
| COMMUNITY UNIT SCHOOL DISTRICT No. 303, ) | MASON |
| Et al., ) | |
| Defendants. ) | |

## AGREED JOINT MOTION OF PARTIES TO EXTEND TIME TO FILE JOINT STATUS REPORT AND SET BRIEFING SCHEDULE ON FIRST AMENDED COMPLAINT.

Plaintiff, BRETT N., through his attorney, Sheldon Nagelberg, and defendants, COMMUNITY UNIT SCHOOL DISTRICT 303, et al., by their attorneys O'Halloran, Kosoff, Geitner, & Cook, LLC., and Hodges, Loizzi, Eisenhammer, Rodick, & Kohn, have conferred and jointly request the court to grant the following relief:

1. Due to the recent addition of the firm of O"Halloran, Kosoff, Geitner, & Cook, LLC., for the defendants, and the filing by plaintiff of his First Amended Complaint, the defendants and plaintiff are requesting thirty additional days to file the Joint Status Report. This extra time will give additional new counsel the opportunity to become acquainted with the background and facts surrounding this controversy.

2. Jane M. May, one of the lead counsel for the additional firm,, O'Halloran, Kosoff, Geitner, & Cook, LLC. advised this undersigned that her firm will bear the responsibility for answering or otherwise pleading to the First Amended Complaint. Ms. May has requested twenty-one days to answer or otherwise plead to the complaint.

3. Ms. May has authorized and agreed to this undersigned preparing and filing

1

this relief on behalf of all defendants.

Respectfully submitted,

SHELDON NAGELBERG
Attorney for Plaintiff

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278