IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 2 4 2008
Jul 24, 2008
Judge Robert W. Gettleman
United States District Court

BRETT, N., a minor, )
  by Sheldon Nagelberg, his father and next best friend )
      Plaintiff, ) No. 08 CV 3092
)
v. ) JUDGE GETTLEMAN
) MAGISTRATE JUDGE
COMMUNITY UNIT SCHOOL DISTRICT No. 303, ) MASON
  Et al., )
      Defendants. )

### NOTICE OF UNOPPOSED MOTION

To:   Service List:
      Jane M. May
      O'Halloran, Kosoff, Geitner, & Cook, LLC.
      650 Dundee Road, Suite 475
      Northbrook, Illinois 60062

      Bennett Rodick, Esq.
      Hodges, Loizzi, Eisenhammer, Rodick, & Kohn
      3030 Salt Creek Lane, Suite 202
      Arlington Heights, IL. 60005

Please take note that on July 31, 2008, at 9:00 A.M. I shall appear before the Hon. Robert Gettleman in Room 1703, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, seek the relief contained in the attached:
**JOINT MOTION OF PARTIES TO EXTEND TIME TO FILE JOINT STATUS REPORT AND SET BRIEFING SCHEDULE ON FIRST AMENDED COMPLAINT.**

                SHELDON NAGELBERG
                Attorney for Plaintiff.

#### Certificate of Mailing
I, Sheldon Nagelberg, an attorney, certify that on July 24, 2008 I mailed via U.S. Postal Service, postage prepaid, to Jane M. May and Bennett Rodick, Esq., a copy of this Notice of Motion and attached pleading.

                Sheldon Nagelberg

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

1