**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sheldon B. Nagelberg, et al.
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−03092
                                              Honorable Robert W. Gettleman

Community School District No. 303, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: Joint motion for extension of time [19] is granted. Status hearing held on 7/31/2008. Response to the amended complaint is due by 8/14/208. Joint status report is due by 8/18/2008. Status hearing set for 8/27/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.