## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) | |
| Plaintiff ) | Case No.: 08-cv-03092 |
| v. ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, et. al. ) ) ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:  Sheldon B. Nagelberg            Bennet Rodick
     Law Offices of Sheldon B. Nagelberg    Michelle A. Todd
     116 N. 7th Avenue               Hodges Loizzi Eisenhammer Rodick, et. al.
     St. Charles, IL 60174           3030 Salt Creek Lane, Suite 202
                                     Arlington Heights, IL 60005

YOU ARE HEREBY NOTIFIED that on the **27th day of August, 2008, at 9:15 a.m.,** we shall appear before the Honorable Judge Robert W. Gettleman in courtroom 1703 usually occupied by him at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present the Defendants' Motion to Dismiss at which time and place you may appear if you wish to do so.

                            Community School District No. 303 and Board of
                            Education of District 303

                            By:    s/Jane M. May
                                   Jane M. May,  #6207760
                                   O'Halloran Kosoff Geitner & Cook, LLC.
                                   650 Dundee Road, Suite 475
                                   Northbrook, IL 60062
                                   Telephone:  (847) 291-0200
                                   Facsimile:  (847) 291-9230
                                   E-mail:  jmay@okgc.com

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, </br></br>        Plaintiff</br>v.</br></br>COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303,</br>        Defendants. | Case No.: 08-cv-03092</br></br>The Honorable Robert W. Gettleman |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg
sbnagelberglaw@comcast.net

Michelle A. Todd
mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

                                            Community School District No. 303 and Board of Education of District 303

                                      By:    s/Jane M. May
                                                      Jane M. May, #6207760
                                                        O'Halloran Kosoff Geitner & Cook, LLC.
                                                         650 Dundee Road, Suite 475
                                                         Northbrook, IL 60062
                                                         Telephone: (847) 291-0200
                                                         Facsimile: (847) 291-9230
                                                         E-mail: jmay@okgc.com