# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case     08-CV-03092

SHELDON B. NAGELBERG, as father and best friend
of BRETT N., a minor,

v.

COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD
OF EDUCATION OF DISTRICT 303, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond, and Shawn Burke.**

| | |
|---|---|
| SIGNATURE<br>s/Jane M. May | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207760 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, | ) ) ) | |
| Plaintiff | ) | Case No.: 08-cv-03092 |
| v. | ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, | ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg                           Michelle A. Todd
sbnagelberglaw@comcast.net                     mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond, and Shawn Burke.

By:    s/Jane M. May
       Jane M. May,  #6207760
       O'Halloran Kosoff Geitner & Cook, LLC.
       650 Dundee Road, Suite 475
       Northbrook, IL 60062
       Telephone:  (847) 291-0200
       Facsimile:  (847) 291-9230
       E-mail:  jmay@okgc.com