IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case   08-CV-03092

SHELDON B. NAGELBERG, as father and best friend
of BRETT N., a minor,

v.

COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD
OF EDUCATION OF DISTRICT 303, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond, and Shawn Burke.**

| SIGNATURE |  |
| --- | --- |
| s/Joshua S. Abern |  |
| FIRM |  |
| O'Halloran Kosoff Geitner & Cook, LLC |  |
| STREET ADDRESS |  |
| 650 Dundee Road, Suite 475 |  |
| CITY/STATE/ZIP |  |
| Northbrook, IL 60062 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6285598 | (847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐         NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐         NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐         NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) Plaintiff ) v. ) ) COMMUNITY SCHOOL DISTRICT NO. ) 303 and BOARD OF EDUCATION OF ) DISTRICT 303, et. al. ) Defendants. ) | Case No.: 08-cv-03092<br><br>The Honorable Robert W. Gettleman |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg  
sbnagelberglaw@comcast.net

Michelle A. Todd  
mtodd@hlerk.com

Bennet Rodick  
brodick@hlerk.com

                                                  Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond, and Shawn Burke.

                                                  By:    s/Joshua S. Abern  
                                                              Joshua S. Abern, #6285598  
                                                              O'Halloran Kosoff Geitner & Cook, LLC.  
                                                              650 Dundee Road, Suite 475  
                                                              Northbrook, IL 60062  
                                                              Telephone: (847) 291-0200  
                                                              Facsimile: (847) 291-9230  
                                                              E-mail: jabern@okgc.com