# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3092 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Sheldon Nagelberg    vs    District No. 33 | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Joint motion of parties to file instanter joint status report is granted. All defendants join in the motion to dismiss. Plaintiff's response thereto is due by 9/12/2008. Reply is due by 9/19/2008. Status hearing continued to 10/3/2008, at 11:00 a.m.

[Docketing to mail notice]

00:16

| | Courtroom Deputy | GDS |
|---|---|---|