IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor,<br>　　　　　　　　　Plaintiff<br>v.<br><br>COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, et. al.<br>　　　　　　　　　Defendants. | Case No.: 08-cv-03092<br><br>The Honorable Robert W. Gettleman |

**NOTICE OF MOTION**

To:　　Sheldon B. Nagelberg　　　　　　　Bennet Rodick
　　　　Law Offices of Sheldon B. Nagelberg　Michelle A. Todd
　　　　116 N. 7th Avenue　　　　　　　　Hodges Loizzi Eisenhammer Rodick, et. al.
　　　　St. Charles, IL 60174　　　　　　　　3030 Salt Creek Lane, Suite 202
　　　　　　　　　　　　　　　　　　　　　Arlington Heights, IL 60005

　　　　YOU ARE HEREBY NOTIFIED that on the **9th day of September, 2008, at 9:15 a.m.,** we shall appear before the Honorable Judge Robert W. Gettleman in courtroom 1703 usually occupied by him at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present the Defendants' Motion to Dismiss at which time and place you may appear if you wish to do so.

　　　　　　　　　　　　　　　　　　　Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond and Shawn Burke

　　　　　　　　　　　　　　　　　　　By:　　s/Jane M. May
　　　　　　　　　　　　　　　　　　　　　　Jane M. May, #6207760
　　　　　　　　　　　　　　　　　　　　　　O'Halloran Kosoff Geitner & Cook, LLC.
　　　　　　　　　　　　　　　　　　　　　　650 Dundee Road, Suite 475
　　　　　　　　　　　　　　　　　　　　　　Northbrook, IL 60062
　　　　　　　　　　　　　　　　　　　　　　Telephone: (847) 291-0200
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (847) 291-9230
　　　　　　　　　　　　　　　　　　　　　　E-mail: jmay@okgc.com

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHELDON B. NAGELBERG, as father and best friend of BRETT N., a minor, ) ) ) | |
| Plaintiff ) | Case No.: 08-cv-03092 |
| v. ) ) | The Honorable Robert W. Gettleman |
| COMMUNITY SCHOOL DISTRICT NO. 303 and BOARD OF EDUCATION OF DISTRICT 303, ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sheldon B. Nagelberg
sbnagelberglaw@comcast.net

Michelle A. Todd
mtodd@hlerk.com

Bennet Rodick
brodick@hlerk.com

                                                     Kathleen T. Hewell, James Gaffney, Jr., Scott Nowling, James Chimienti, Robert Lindahl, Lori Linkimer, Karla Ray, Donald Schlomann, Ronald Knapik, John Baird, John Knewitz, Lisa Haymond and Shawn Burke

                                                 By:    s/Jane M. May
                                                             Jane M. May,  #6207760
                                                             O'Halloran Kosoff Geitner & Cook, LLC.
                                                             650 Dundee Road, Suite 475
                                                             Northbrook, IL 60062
                                                             Telephone:  (847) 291-0200
                                                             Facsimile:   (847) 291-9230
                                                             E-mail:  jmay@okgc.com