**FILED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 2 0 2008

Aug 20, 2008

Judge Robert W. Gettleman
United States District Court

BRETT, N., a minor,                              )
  by Sheldon Nagelberg, his father and next best friend   )
                     Plaintiff,   )
                                   )  No.  08 CV 3092
                                   )
        v.   )  JUDGE GETTLEMAN
                                   )  MAGISTRATE JUDGE
COMMUNITY UNIT SCHOOL DISTRICT  No. 303,   )  MASON
    Et al.,   )
              Defendants.   )

## JOINT MOTION OF PARTIES TO FILE INSTANTER
## JOINT STATUS REPORT

      Plaintiff, Brett N., through his attorney, Sheldon Nagelberg, and the defendants,

through Jane May, lead trial counsel for the defendants, jointly move to file instanter their

Joint Status Report, which was due to be filed on August 18, 2008, for the reason that

both Jane May and Sheldon Nagelberg had previously planned vacation schedules which

resulted in difficulties of communication of the parties various positions as to proposed

discovery plans and proposed trial dates.

                    Respectfully submitted,

SHELDON NAGELBERG
Attorney for  Plaintiff.

JANE MAY
Attorney for Defendants
(signature by consent)

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois.  60174
312-305-5278