IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BRETT, N., a minor, )
  by Sheldon Nagelberg, his father and next best friend )
        Plaintiff, ) No. 08 CV 3092
)
v. ) JUDGE GETTLEMAN
) MAGISTRATE JUDGE
COMMUNITY UNIT SCHOOL DISTRICT No. 303, ) MASON
  Et al., )
        Defendants. )

## NOTICE OF UNOPPOSED MOTION

To:   Service List:
       Jane M. May
       O'Halloran, Kosoff, Geitner, & Cook, LLC.
       650 Dundee Road, Suite 475
       Northbrook, Illinois  60062

       Bennett Rodick, Esq.
       Hodges, Loizzi, Eisenhammer, Rodick, & Kohn
       3030 Salt Creek Lane, Suite 202
       Arlington Heights, IL.  60005

       Courtesy Copy: Judge Gettleman chambers

**FILED**
AUG 2 0 2008
Aug 20, 2008
Judge Robert W. Gettleman
United States District Court

Please take note that on August 27, 2008, at 9:00 A.M. I shall appear before the Hon. Robert Gettleman in Room 1703, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, seek the relief contained in the attached
**JOINT MOTION OF PARTIES TO FILE INSTANTER JOINT STATUS REPORT;**
**JOINT STATUS REPORT.**

                                                 SHELDON NAGELBERG
                                                 Attorney for Plaintiff.

### Certificate of Mailing

    I, Sheldon Nagelberg, an attorney, certify that on August 27, 2008, I mailed via U.S. Postal Service, postage prepaid, to Jane M. May and Bennett Rodick, Esq., a copy of this Notice of Motion and attached pleadings.

                                                  Sheldon Nagelberg

Sheldon Nagelberg
116 N. 7th Avenue
St. Charles, Illinois. 60174
312-305-5278

1